RECEIVED
U.S. ATTORNEY

AUG 09 2019

19-11061 IT

Robert Pedreira

444 Harrison Ave

Boston Ma 02118

July 29, 2019

Clerk of the Court

John Moakley Courthouse

1 Courthouse Way

Boston Ma 02210

To Whom it May Concern;

Please change my mailing address to Robert Pedreira 39 Boylston St, Boston Ma 02216.

Thank you

Sincerely,

Robert Pedreira

FILED IN CLERKS OFFICE
2019 AUG 13 AM 11:26
U.S. DISTRICT COURT
DISTRICT OF MASS.