UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT J. PEDREIRA, SR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 19-cv-11061-IT |
| | * | |
| UNITED STATES FEDERAL BUREAU OF PRISONS, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

October 27, 2020

TALWANI, D.J.

On March 17, 2020, the court granted Defendants' Motion to Dismiss [#11] insofar as Plaintiff sought damages from the United States for violations of constitutional rights and denied it, in part, without prejudice, to allow Plaintiff to file an amended complaint against the United States setting forth a theory of liability actionable under the FTCA. Order 3 [#24]. The court allowed Plaintiff 45 days to file and warned that failure to do so might result in dismissal of the action. Id. The court also reminded Plaintiff of "his ongoing duty to provide the court with a current mailing address for service," and directed the Clerk to send a copy of the Order to Plaintiff by certified mail at 195 Union St. Apt. 16, Lynn, MA 01901, the address provided in Plaintiff's most recent Notice [#18] of address change. Id. (citing L.R. 83.5.5(h) (D. Mass.) ("It is the responsibility of the *pro se* party to notify the clerk and the parties of any change [of address, telephone number, or e-mail address]. Any notice sent by the clerk or any party to a *pro se* party shall be deemed delivered and properly served if sent to the most recent address or e-mail address provided by the *pro se* party")). The mail was returned as unclaimed. Returned

Case 1:19-cv-11061-IT   Document 26   Filed 10/27/20   Page 2 of 2

Envelope [#25].

More than 45 days have passed since the court's Order [#24] issued and Plaintiff has neither filed an amended complaint nor notified the court of a change of address. Accordingly, Plaintiff's Complaint [#1] is DISMISSED for failure to prosecute.

IT IS SO ORDERED.

                                              /s/ Indira Talwani
                                              United States District Judge

October 27, 2020